# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

V.

RI DEPT. OF CORRECTIONS
Director A.T. Wall II, et al.

APP. 04-2604
D.C. 04-271L

## APPELLANT'S MOTION TO APPOINT COUNSEL

Now comes Appellant, Normand Bedford, in the above entitled matter and hereby, moves this Honorable U.S. Federal District Court to "APPOINT APPELLATE COUNSEL" to Appellant, for his Appeal from the District Court's November 10, 2004 Order and Judgment, denying "Petition for Habeas Corpus", and denying "Petition for Injunctive Relief."

Appellant respectfully requests appointment of Counsel pursuant to PROU v. U.S, 1999 F.3d 37 (1st. Cir 1999). Appellant's position is that he has suffered from a mental and emotional illness, which, continues to be exacerbated by bias, prejudice, intimidation and retaliation by the R.I Department of Corrections Officials, who

Denied: Ronald R. Lagueux SrUSDJ 9/27/05



41