# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Appellant)

App. No. 04-2604
D.C. No. 04-271L

v.

A.T. WALL, Director of the
R.I. Dept. of Corrections,
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND



(Appellees)

## NOTICE OF APPEAL

Now comes Appellant, Normand Bedford, in the above entitled matter, and hereby, gives his "Notice of Appeal," from this Court's 9/27/05, denial of his "Motion to Appoint Appellate Counsel," related to a "Petition for Writ of Habeas Corpus," and "Petition for Injunctive Relief."

Respectfully submitted

Normand Bedford

NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI
02920

# Certification

I the undersigned hereby, certify that I caused an original copy of the within "Notice of Appeal," to be mailed this 3rd day of October, 2005 to: Mr. Aaron L. Weisman Esquire, R.I. Attorney General's Office, 150 South Main Street, Providence R.I. 02903, Postage Prepaid.

10-3-05

Normand Bedford

NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI
02920

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

v. **C.A. No. 05–111S**

**A.T. WALL**, Director of the
Rhode Island Department of Corrections,
et al.

**ORDER**

The matter is before the Court on the motion of the *pro se* plaintiff, Normand Bedford, to have the U.S. Marshals Service serve defendants A.T. Wall, Walter Whitman, and Lucille Curran. Plaintiff avers that he attempted to serve these defendants informally, with no success. Accordingly, plaintiff's motion is **GRANTED**.

IT IS SO ORDERED

Jacob Hagopian
Senior United States Magistrate Judge
Date: 20 Sep 05