David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette Dube
Chief Deputy

October 12, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: Our file no. 04-271/your no. 04-2604
Dear Mr. Donovan:

Please find enclosed an additional notice of appeal filed by Mr. Bedford.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

MH 10/15/05 COA# 05-2558