MANDATE

04-00271
USDC/RI
Laqueux, J

# United States Court of Appeals
## For the First Circuit

Nos. 04-2604
04-2727
05-2558

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

NORMAND BEDFORD,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

**JUDGMENT**
**Entered: November 10, 2005**

We deny the certificate of appealability because the petitioner has not shown that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful review of the petitioner's appellate contentions and the district court record, we conclude that the district court properly dismissed the habeas petition for lack of exhaustion and also properly rejected petitioner's argument that state corrective process is unavailable to him. There was no denial of the right to counsel. Moreover, petitioner failed to timely file his direct appeal brief in which he might have presented all of his habeas claims to the state supreme court.

Regarding appeal No. 04-2604, we deny the request for a certificate of appealability, dismiss the pending motion to proceed in forma pauperis, deny the remaining pending motions, and terminate the appeal. We dismiss appeal Nos. 04-2727 and 05-2558.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

______________________
Deputy Clerk

Date: 1/6/06

[cc: Normand Bedford, Aaron L. Weisman, AAG]