U.S. District Court
Chief Justice Mary M. Lisi
1 Exchange Terrace, Providence,
Rhode Island 02903

August 1, 2007

Re: Normand Bedford/Filing of motion for appointment of counsel; and motion for relief from judgement and orders, with attached complaint.

D.C.No.07-00144;
companions:
D.C.Nos. 04-271L;
D.C.No. 05-095L.

Dear Honorable U.S.D.C. Chief Justice Lisi:

Please assign and file the enclosed "Petitioner's motions for appointment of counsel, motion for relief from judgement and orders in **D.C.Nos. 04-271L; and D.C.No.05-095L,** with it's attached exhibits of criminal complaint, affidavit and claim of lien, with it's associated appendix's 1-4; and exhibits 1-7, therewith," with the appropriate Administrative Clerk.

Also, enclosed are four (4), copies of the certified mail cards, and receipts of all the parties noticed in the certification of my complaint, affidavit and claim of lien, against Assistant Attorney General Aaron L. Weisman, and U.S. Magistrate Judge Jacob Hagopian.

I respectfully request that another official U.S. Magistrate Judge, other than U.S. Magistrate Judge Jacob Hagopian, be assigned to my current petition in **D.C.No.07-00144; and companions D.C.Nos. 04-271L; and 05-095L,** due to the present complaint against him and the established and valid "conflict of interest." This is why I am forwarding the enclosed directly to you for your filing and assignment to an appropriate Administrative Clerk.

Thank you for your time in this matter.

Sincerely

Normand Bedford

Cc: Mr. Aaron L. Weisman.

Normand Bedford/Pro se
P.O. Box 8273
Cranston, RI 02920-0273
[Certified mail receipt]
#7005 2570 0001 4829 6039

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within cover-letter dated **August 1, 2007**, to be mailed this 9th ,day of **August** ,**2007**, postage prepaid, to: Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903, with attached "motions and complaint package and exhibits"; Copy sent to U.S. District Court Chief Justice Mary M. Lisi, 1 Exchange Terrace, Providence, RI 02903, via certified mail receipt, article No.7005 2570 0001 4829 6039.

**Dated: July 19, 2007.**

Normand Bedford

NORMAND BEDFORD Pro se
P.O.BOX 8273
CRANSTON, RI 02920-0273